| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Locke, Steven I. | 2. Court or Organization<br><br>District Court, Eastern District of New York | 3. Date of Report<br><br>05/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Alfonse M D'Amato US Courthouse<br>Room 834<br>Central Islip,, NY 11722 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Law Offices of Steven I Locke, PC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Law Offices of Steven I Locke, PC. Law practice salary. | $117,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | The City of New York, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Quicken Loans | Mortgage on combined personal residence/rental property #1, Brooklyn, NY, Pt VII, line 72 | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | M | T | | | | | |
| 2. Hormel, Inc Common Stock | A | Dividend | J | T | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. -JPMorgan TR I Prime Money Market | A | Interest | K | T | | | | | |
| 5. -Atmel Corp Common Stock | | None | J | T | | | | | |
| 6. -Citadel Broadcasting Corp | | None | | | Closed | 05/29/14 | J | | No Value |
| 7. -Walt Disney Co Common Stock | A | Dividend | J | T | | | | | |
| 8. -First Horizon Natl Corp Common Stock | A | Dividend | J | T | | | | | |
| 9. -International Business Machines Common Stock | B | Dividend | K | T | | | | | |
| 10. -Macquirie Infrastructure Co LLC Membership Int | B | Distribution | K | T | | | | | |
| 11. -Motorola Solutions Inc. Common Stock | A | Dividend | J | T | | | | | |
| 12. -Pfizer Inc Common Stock | A | Dividend | K | T | | | | | |
| 13. -Terra Inventions Corp Common Stock | | None | J | T | | | | | |
| 14. -Teradyne Inc Common Stock | A | Dividend | J | T | | | | | |
| 15. Brokerage Account #2(H) | | | | | | | | | |
| 16. -Columbia Acorn Fund A | B | Dividend | J | T | | | | | |
| 17. Brokerage Account #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Citadel Broadcasting Corp | | None | | | Closed | 05/29/14 | J | | No Value |
| 19. -Corning, Inc. | A | Dividend | J | T | | | | | |
| 20. -Walt Disney Co | A | Dividend | J | T | | | | | |
| 21. -International Business Machines Corp | A | Dividend | J | T | | | | | |
| 22. -Pepsico | A | Dividend | J | T | | | | | |
| 23. -Cash - JPMorgan Securities | A | Interest | J | T | | | | | |
| 24. Brokerage Account #4 (H) | | | | | | | | | |
| 25. -Walt Disney Co | A | Dividend | J | T | | | | | |
| 26. -Pepsico | A | Dividend | J | T | | | | | |
| 27. -Cash - JPMorgan Securities | A | Interest | J | T | | | | | |
| 28. Retirement Account #1 (H) | | | | | | | | | |
| 29. -Gemeral Money Market Fd Cl B | A | Interest | J | T | | | | | |
| 30. -Dreyfus Ins Deposit Program I | A | Interest | J | T | | | | | |
| 31. -American Century Short Duration Inflation Protect- ion Bnd Fd Inv Cl | A | Dividend | J | T | | | | | |
| 32. -Columbia Acorn International Fd Cl R4 | A | Dividend | K | T | | | | | |
| 33. -Credit Suisse Commodity Return Strategy Fd Cl I | A | Dividend | K | T | | | | | |
| 34. -Dodge & Cox Income Fund | A | Dividend | K | T | Buy | 10/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Eagle Small Cap Growth Fund Cl I | A | Dividend | J | T | | | | | |
| 36. -Eaton Vance Floating Rate High Income Instit Class | A | Dividend | J | T | | | | | |
| 37. -Fidelity Advisor Mid Cap II Fd Class I | A | Dividend | K | T | | | | | |
| 38. -Fidelity Advisor New Insights Fd Class I | A | Dividend | L | T | | | | | |
| 39. -Fundamental Investors Class F-2 | A | Dividend | L | T | | | | | |
| 40. -Harbor Bond Fd Institutiomal Class | A | Dividend | | | Sold | 10/23/14 | K | | |
| 41. -The Oakmark Inernational Fund Class I | A | Dividend | K | T | | | | | |
| 42. -John Hancock Disciplined Value Mid Cap Fund Class I | A | Dividend | K | T | | | | | |
| 43. -MFS International Value Fund Class I | A | Dividend | K | T | | | | | |
| 44. -MFS Value Fund Class I | B | Dividend | L | T | | | | | |
| 45. -Oppenheimer Develooping Markets Fund Class Y | A | Dividend | K | T | | | | | |
| 46. -Pimco Income Fund Class P | B | Dividend | K | T | | | | | |
| 47. -T Rowe Price Emerging Markets Stock | A | Dividend | J | T | | | | | |
| 48. -Royce Opportunity Fuynd Inestment Class | A | Dividend | J | T | | | | | |
| 49. -Russell Global Real Estate Sec Fd Class S | | Dividend | K | T | | | | | |
| 50. -Templeton Globa Bond Fund Advisor Class | A | Dividend | J | T | | | | | |
| 51. Retirement Account #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Dreyfus Ins Deposit Program I | A | Interest | J | T | | | | | |
| 53. -Alliance Bernstein Global Real Estate Investment Fd Cl A | A | Dividend | J | T | | | | | |
| 54. -Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 55. -The Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 56. -MFS Value Fund Class A | A | Dividend | J | T | | | | | |
| 57. -Oppenheimer Global Strategic Income Fund Class A | A | Dividend | J | T | | | | | |
| 58. -Pimco Total Return Class A | A | Dividend | J | T | | | | | |
| 59. -Small-Cap World Fund Class A | A | Dividend | J | T | | | | | |
| 60. -Victory Integrity Small-Cap Value Fund | A | Dividend | J | T | | | | | See Note 4, Part VIII |
| 61. -Washington Mutual Investors Fund Class A | A | Dividend | J | T | | | | | |
| 62. College Fund #1 (H) | | | | | | | | | |
| 63. -The Bond Fund of America -529A | A | Dividend | J | T | | | | | |
| 64. -The Growth Fund of America - 529A | A | Dividend | J | T | | | | | |
| 65. The Income Fund of America - 529A | A | Dividend | J | T | | | | | |
| 66. New Perspective Fund - 529A | A | Dividend | J | T | | | | | |
| 67. Washington Mutual Investors Fund - 529A | A | Dividend | J | T | | | | | |
| 68. College Fund #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NYS 529 College Savings Plan-Moderate Age-Based Opt. Conserve Growth | | Dividend | M | T | | | | | See Note 1, Part VIII |
| 70. College Fund #3 (H) | | | | | | | | | |
| 71. -NYS 529 College Savings Plan-Moderate Age-Based Opt. Conserve Growth | | Dividend | M | T | | | | | See Note 1, Part VIII |
| 72. Rental Property #1, Brooklyn, NY | E | Rent | P1 | R | | | | | See Note 3, Part VIII |
| 73. Law Offices of Steven I Locke, PC | G | Distribution | M | U | | | | | |
| 74. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Locke, Steven I. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII.

Note 1.  College Funds which do not report income as an item separate from change in value.

Note 2.  Not used.

Note 3.  Property was purchased in 2002 for $1,335,000.

Note 4.  Name change from Munder Veracity Small-Cap Value Fund Class A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven I. Locke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544